McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8929
      Facsimile: (415) 744-0134
      E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| RAMONA LLAMAS,<br><br>      Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>      Defendant. | Case No. 1:19-cv-01548-SKO<br><br>STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

     IT IS HEREBY STIPULATED, by and between plaintiff Ramona Llamas (Plaintiff) and

Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through their

respective counsel of record, and with the approval of the Court, that this action be remanded for

further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

     The Appeals Council will remand the case to an administrative law judge (ALJ).  On

remand, the Appeals Council will instruct the ALJ to offer Plaintiff the opportunity for a hearing;

further consider the medical and testimonial evidence of record; reassess Plaintiff's RFC as

1

Stipulation & Order
1:19-cv-01548-SKO

appropriate; take further action, as warranted, to complete the administrative record; complete

the remaining steps of the sequential disability analysis as necessary; and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

Commissioner.

Respectfully submitted,

Dated: June 10, 2020          NEWEL LAW


By:*/s/ Melissa Newel\**
Melissa Newel
Attorneys for Plaintiff
[*As authorized by e-mail on Jun. 10, 2020]


Dated:  June 11, 2020          McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By:*/s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant


### ORDER

Pursuant to the parties' above stipulation, (Doc. 12), for good cause shown:

IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the

Commissioner of Social Security for further proceedings consistent with the terms of the

stipulation.

2

Stipulation & Order
1:19-cv-01548-SKO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Clerk is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Ramona Llamas and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close the file.


IT IS SO ORDERED.

Dated:   **June 11, 2020**                                  /s/ *Sheila K. Oberto*
                                                                                UNITED STATES MAGISTRATE JUDGE

3

Stipulation & Order
1:19-cv-01548-SKO