1   Melissa Newel (CASBN 148563)
2   NEWEL LAW
    2625 Alcatraz Blvd., Suite 132
3   Berkeley, CA  94705
    (510) 316-3827
4   mnewel@newellawfirm.com

5   Attorney for Plaintiff
    RAMONA LLAMAS
6

7   MCGREGOR W. SCOTT
    United States Attorney
8   DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
9   Social Security Administration
    MARGARET BRANICK-ABILLA (CSBN 223600)
10  Special Assistant U.S. Attorney
    160 Spear Street, Suite 800
11  San Francisco, CA  94105
    (415) 977-8929
12  Margaret.Branick-Abilla@ssa.gov

13
14  Attorneys for Defendant

15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18

19  RAMONA LLAMAS,                    No.  1:19-cv-01548 (SKO)

20              Plaintiff,

21       v.                           **STIPULATION AND ORDER FOR
                                      AWARD AND PAYMENT OF**
22  ANDREW SAUL,                      **ATTORNEYS FEES PURSUANT TO EAJA**
    COMMISSIONER OF                   **(28 U.S.C. §2412)**
23  SOCIAL SECURITY,

24              Defendant.

25

26

27

28

1    IT IS HEREBY STIPULATED by and between the parties, through their undersigned

2  attorneys, subject to the approval of the Court, that Ramona Llamas (Plaintiff) be awarded

3  attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d), in the

4  amount of two thousand five hundred and forty dollars and forty-six cents ($2,540.46). This

5  represents compensation for legal services rendered on behalf of Plaintiff by counsel in

6  connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

7    After the Court issues an Order for EAJA fees to Plaintiff, the matter of Plaintiff's

8  assignment of EAJA fees to Plaintiff's attorney will be considered. Pursuant to *Astrue v. Ratliff*,

9  560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the attorney

10  fees are subject to any offset allowed under the United States Department of the Treasury's Offset

11  Program. After the Order for EAJA fees is entered, the government will determine whether they

12  are subject to any offset.

13    Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

14  that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the

15  payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively

16  "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments

17  made shall be delivered to Plaintiff's counsel.

18    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

19  attorney fees and does not constitute an admission of liability on the part of Defendant under

20  EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any

21  and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees

22  and costs in connection with this action.

23  ///

24  ///

25  ///

26  ///

27  ///

28

1        This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

2  Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

3

4                                      Respectfully submitted,

   Dated: August 4, 2020          NEWEL LAW
5

6                          By:    *Melissa Newel*

7                                    Melissa Newel
                                     Attorney for Plaintiff
8                                    RAMONA LLAMAS

9

10 Dated: August 4, 2020          MCGREGOR W. SCOTT
                                     United States Attorney
11                                   DEBORAH LEE STACHEL
                                     Regional Chief Counsel, Region IX
12                                   Social Security Administration

13                         By:    *Margaret Branick-Abilla*\*

14                                   MARGARET BRANICK-ABILLA
                                     (\**Authorized by email dated 07/30/2020*)
15                                   Special Assistant U.S. Attorney
                                     Attorneys for Defendant
16

17

18                            **ORDER**

19       Based upon the parties' above stipulation, for good cause shown, attorney's fees in the

20 amount of **two thousand five hundred and forty dollars and forty-six cents ($2,540.46)** under

21 the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d) shall be awarded to Plaintiff subject

22 to the terms of the Stipulation.

23

24 IT IS SO ORDERED.

25

26 Dated:   **August 4, 2020**                /s/ *Sheila K. Oberto*

                                   UNITED STATES MAGISTRATE JUDGE
27

28